```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 13-06491-RNO
Josephine C. Pirillo                                                Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5           User: DDunbar              Page 1 of 1           Date Rcvd: Oct 06, 2016
                               Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 19:06:18     ABC SUPPLY CO INC.,
                ONE ABC PARKWAY,    BELOIT, WI 53511-4466
                                                                                             TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:
              Andrew  Goldberg    on behalf of Creditor   Federal National Mortgage Association
               Bkmail@rosicki.com
              Andrew  Goldberg    on behalf of Creditor   Federal National Mortgage Association ('Fannie Mae'),
                creditor, c/o Seterus, Inc. Bkmail@rosicki.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor   Selene Finance LP debersole@hoflawgroup.com,
                bbleming@hoflawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor   Selene Finance LP jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              LeeAne O Huggins    on behalf of Creditor   Selene Finance LP pabk@logs.com
              Lisa Beth Singer    on behalf of Creditor   Federal National Mortgage Association
                bkmail@rosicki.com
              Matthew Christian Waldt    on behalf of Creditor   Federal National Mortgage Association ('Fannie
                Mae'), creditor, c/o Seterus, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Tullio  DeLuca    on behalf of Debtor Josephine C. Pirillo tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPHINE C. PIRILLO | : | |
| a/k/a Josephine Pirillo | : | |
| a/k/a Josie Pirillo | : | CASE NO. 5-13-06491 |
| Debtor(s) | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOSEPHINE C. PIRILLO | : | |
| MOVANT | : | |
| VS. | : | |
| ABC SUPPLY CO INC. and | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENTS | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, JOSEPHINE C. PIRILLO, receives income:

ABC SUPPLY CO INC.
ONE ABC PARKWAY
BELOIT, WI 53511

deduct from said Debtor's income the sum of $80.50 from each bi-weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number 5-13-06491 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order, two (2) years and three (3) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

Dated: October 6, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)