# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

October 14, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Josephine C. Pirillo**
              **Chapter 13 Bankruptcy**
              **Case No. 5-13-06491**

Dear Sir/Madam:

    I have received returned mail for **PAY PAL**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 103104 ROSELL, GA 30076-9104. Please be advised the correct information is as follows.

        PAY PAL INC
        2211 N 1ˢᵀ ST
        SAN JOSE, CA 95131

I served the Notice To Creditors & Other Parties at the above address on (Oct. 15, 2016). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,


                /s/ Tullio DeLuca, Esquire

TD/th