IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Josephine C. Pirillo aka Josephine Pirillo aka Josie Pirillo, | : : | Bankruptcy No. 5:13-bk-06491-JJT Chapter 13 |
| Debtor(s) | : : | |
| Seterus Inc. as servicing agent for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., | : : : : | |
| Movant, | : : | |
| Josephine C. Pirillo aka Josephine Pirillo aka Josie Pirillo, | : : | |
| Debtor(s) / Respondent(s) | : : | |
| and Charles J. DeHart, III, | : : | |
| Trustee/Respondent. | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Seterus Inc. as servicing agent for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: September 25, 2018    MILSTEAD & ASSOCIATES, LLC
BY:  /s/Matthew C. Waldt
Matthew C. Waldt
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053

217660-6