UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPHINE C PIRILLO                                Case No.: 5-13-06491-JJT
                                                   Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | SETERUS |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 0280 |
| Property Address if applicable: | 68 E COLUMBUS AVENUE, PITTSTON, PA 18640 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2.29 |
| b. | Prepetition arrearages paid by the Trustee: | $2.29 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2.29 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPHINE C PIRILLO                                    Case No.: 5-13-06491-JJT
                                                       Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE                                 SERVED ELECTRONICALLY
381 N 9TH AVENUE
SCRANTON PA, 18504-

FEDERAL NATIONAL MORTGAGE ASSOCIATION                  SERVED BY 1ST CLASS MAIL
C/O SETERUS
PO BOX 2206
GRAND RAPIDS, MI, 49501-2206

JOSEPHINE C PIRILLO                                    SERVED BY 1ST CLASS MAIL
68 E COLUMBUS AVE
PITTSTON, PA 18640

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2018                                s/ Donna Schott
                                                       Charles J. DeHart, III, Trustee
                                                       Standing Chapter 13 Trustee
                                                       Suite A, 8125 Adams Drive
                                                       Hummelstown, PA 17036
                                                       Phone: (717) 566-6097
                                                       Fax: (717) 566-8313
                                                       eMail: dehartstaff@pamd13trustee.com